**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| DILLINGER, LLC ) | |
|        Plaintiff(s), ) | |
| ) | |
|   vs. ) | CASE NO. 1:12–cv–00714–WTL–MJD |
| ) | |
| POUR HOUSE ON LINCOLN, INC., et al. ) | |
|        Defendant(s) ) | |

### ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.


DATE: May 29, 2012             s/  Magistrate Judge Mark J. Dinsmore
                                                    United States District Court
                                                    Southern District of Indiana