UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Dillinger, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-0714 WTL MJD |
| | ) |
| The Pour House On Lincoln, Inc., Mary Olsen, William Olsen, and Donald Druse, | ) |
| | ) |
| Defendants. | ) |

**EXHIBIT A**

RETURN OF SERVICE BY CMRRR:

DEFENDANT, THE POUR HOUSE ON LINCOLN, INC.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    The Pour House on Lincoln, Inc.
    c/o Mary Olsen, Registered Agent
    6965 W Hobart Avenue
    Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7011 2000 0002 0745 5077

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT A**