UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Dillinger, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-0714 WTL MJD |
| | ) | |
| | ) | |
| The Pour House On Lincoln, Inc., Mary Olsen, | ) | |
| William Olsen, and Donald Druse, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT B**

RETURN OF SERVICE BY CMRRR:

<u>DEFENDANT, MARY OLSEN</u>

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Olsen
6965 W Hobart Avenue
Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature with CHICAGO IL stamp]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 2000 0002 0745 5060

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT B**