UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DILLINGER, LLC; | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12-cv-0714-WTL-TAB |
| | ) |
| POUR HOUSE ON LINCOLN, INC. | ) |
| and | ) |
| MARY OLSEN, | ) |
| WILLIAM OLSEN, | ) |
| DONALD DRUSE, individually, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Pour House On Lincoln, Inc., Mary Olsen and William Olsen.

Dated: July 10, 2012

s/Kurt N. Jones
Kurt N. Jones
kjones@uspatent.com
WOODARD, EMHARDT, MORIARTY
    MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana  46204-5137
(317) 634-3456 – Telephone
(317) 637-7561 – Facsimile

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Patricia A. Hughel
patty@brannonpatents.com
Steven G. Cracraft
scracraft@brannonrobinson.com
Brannon Robinson Sowers Hughel & Doss PC

                                          s/Kurt Jones
                                          Kurt N. Jones

#857246